# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# WAYCROSS DIVISION

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2008 MAY -5 P 2: 24

R. Aul

FRANKLIN L. WILLIAMS,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

CIVIL ACTION NO.: CV508-034

SO. DIST. OF GA.

(Case No.: CR506-14)

## ORDER

Petitioner, an inmate at Mens State Prison in Hardwick, Georgia, has filed an action under 28 U.S.C. § 2255 which the Court has reviewed. Petitioner attacks a judgment of conviction obtained in this Court on June 20, 2007, in Case Number CR506-14. Pursuant to Rule 4(b) of the Rules Governing Section 2255 Proceedings, the Court hereby Orders the United States Attorney to file an answer within thirty (30) days stating what records and documents need to be produced in order to fully respond to the motion. The government shall also include in this response its position regarding the need for expansion of the record authorized by Rule 7, evidentiary hearing authorized by Rule 8, and any additional discovery necessary as authorized by Rule 6 of the Rules Governing Section 2255 Proceedings.

The Clerk of Court is hereby authorized and directed to forward a copy of this Order and a copy of Petitioner's Motion for Relief to the Savannah Office of the United States Attorney for the Southern District of Georgia.

**SO ORDERED**, this 5th day of May, 2008.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)