FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2012 MAR -2 AM 10: 06

SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| FRANKLIN LAMAR WILLIAMS, | CIVIL ACTION NO.: CV512-003 |
| Petitioner, | |
| v. | CASE NO.: CR506-014 |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which Objections have been filed. In his Objections, Petitioner Franklin Williams ("Williams") contends that the Court cannot deny his petition, as he presents averments that a miscarriage of justice occurred during his trial. Williams also contends that this Court should conduct an evidentiary hearing, and that it is clear that he is entitled to relief based on his actual innocence claims.

Williams' Objections are without merit. The Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Williams' Motion to

Vacate, Set Aside, or Correct his Sentence, filed pursuant to 28 U.S.C. § 2255, is **DISMISSED**. The Clerk of Court is directed to enter the appropriate judgment of dismissal.

**SO ORDERED**, this 2nd day of MARCH, 2012.

WILLIAM T. MOORE, JR., JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA