FILED
U.S. DISTRICT COURT
SAVANNAH
2014 FEB 27 AM 11: 17

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

FRANKLIN L. WILLIAMS,
　　　　Petitioner,
v.
UNITED STATES OF AMERICA,
　　　　Respondent.

CASE NOS. CV512-139
　　　　　　CR506-014

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 5), to which objections[1] have been filed (Doc. 7). After a careful de novo review of the record, the Court concludes that Petitioner's objections are without merit. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion in this case, and Petitioner's 28 U.S.C. § 2255 Petition is **DENIED**. The Clerk of Court is **DIRECTED** to close this case.[2]

Pursuant to 28 U.S.C. § 2253(c), an appeal may not be taken in this matter unless the court issues a Certificate of Appealability. This certificate may issue only if

---

[1] Petitioner's Motions to Supplement are **DENIED**. (Doc. 8; Doc. 9.) Petitioner has had ample opportunity to present the entirety of his argument while he has been inundating this court with dozens of frivolous habeas petitions spanning several years.

[2] As a result, Petitioner's Motion for Request for Date and Order for New Trial is **DISMISSED AS MOOT**. (Doc. 2.)

Petitioner has made a substantial showing of the denial of a constitutional right. Slack v. McDaniel, 529 U.S. 473, 484 (2000). After careful consideration, the Court finds no issues in this case that merit the issuance of a Certificate of Appealability. As a result, any request for leave to appeal in forma pauperis must be **DISMISSED AS MOOT**.

SO ORDERED this 27th day of February 2013.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA