FILED
U.S. DISTRICT COURT
SAVANNAH
2013 FEB 27 PM 4: 2

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

FRANKLIN LAMAR WILLIAMS )
)
    Petitioner, )
)
v. ) CASE NO. CV509-104
)
UNITED STATES OF AMERICA, )
)
    Respondent. )
_____)

## O R D E R

Before the Court is Petitioner's Motion for Leave to Appeal In Forma Pauperis. (Doc. 76) As has been the case with the hundreds of frivolous filings Petitioner has presented to this Court, Petitioner's request is wholly misplaced and not made in good faith. In fact, this motion came almost seven months after the Eleventh Circuit dismissed his appeal. (Doc. 74.) Accordingly, his request for leave to appeal in forma pauperis must be **DISMISSED AS MOOT**.

Furthermore, Petitioner has also filed a Motion to Reopen Case (Doc. 77) and Motion to Supplement (Doc. 78). Since 2007, Petitioner has filed no fewer than forty-four separate cases in this district. In the past two years, Petitioner has filed at least seventeen more cases in

federal courts in Texas. Petitioner has provided no legal basis that would justify the reopening of his case. The case remains closed. Petitioner has had more than ample opportunity to present the entirety of his arguments to this Court and others. As a result, Petitioner's motions are **DENIED**.

SO ORDERED this 27th day of February 2013.

WILLIAM T. MOORE, JR
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA