FILED
U.S. DISTRICT COURT
SAV... ... DIV.

CLERK_____
SO. DIST. OF GA.

**IN THE UNITED STATES DISTRICT COURT FOR**
**THE SOUTHERN DISTRICT OF GEORGIA** 2013 APR -3 AM 11: 2
**WAYCROSS DIVISION**

FRANKLIN L. WILLIAMS,                    )
                                         )
        Petitioner,                      )
                                         )
v.                                       )    CASE NOS. CV509-104
                                         )              CR506-014
UNITED STATES OF AMERICA,                )
                                         )
        Respondent.                      )
                                         )
_____ )

## O R D E R

Before the Court is Petitioner's Motion for Leave to
Appeal In Forma Pauperis. (Doc. 81.) In this case, "[a]n
appeal may not be taken in forma pauperis if the trial
court certifies in writing that it is not taken in good
faith." 28 U.S.C. § 1915(a)(3); see Fed. R. App. P.
24(a)(3)(A). After careful consideration, the Court finds
that this appeal is frivolous and not taken in good faith.
Accordingly, Plaintiff's Motion for Leave to Appeal In
Forma Pauperis is **DENIED**.

SO ORDERED this 3rd day of April 2013.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA