FILED
U.S. DISTRICT COURT
SAVANNAH

2013 MAY 30

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | | |
|---|---|---|
| FRANKLIN L. WILLIAMS, | ) | |
| | ) | |
| Petitioner, | ) | CIVIL ACTION NO.: CV513-017 |
| | ) | |
| vs. | ) | CASE NO.: CR506-14 |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which Objections have been filed. Petitioner Franklin Williams' ("Williams") Objections are nothing more than the reiteration of contentions he has raised on several previous occasions. The Court rejects Williams' request to transfer his motion to the Eleventh Circuit Court of Appeals for review of this successive petition. Should Williams seek permission from the Eleventh Circuit to be able to file a second or successive petition in this Court, he may do so by filing the appropriate motion with the Eleventh Circuit.

Williams' Objections are without merit and are overruled. The Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Williams' Motion to Vacate, Set Aside, or Correct his Sentence, filed pursuant to 28 U.S.C. § 2255, is

**DISMISSED.** The Clerk of Court is directed to enter the appropriate judgment of dismissal.

SO ORDERED, this 29th day of May, 2013.

_____
WILLIAM T. MOORE, JR., JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA