IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

FRANKLIN L. WILLIAMS, )
)
    Petitioner, )
)
v. ) CASE NO. CV515-026
) CR506-014
UNITED STATES OF AMERICA, )
)
    Respondent. )
)

## O R D E R

Before the Court are Petitioner's Motion for a Certificate of Appealability (Doc. 8), Motion for Leave to Appeal in Forma Pauperis (Doc. 9), and Motion to Supplement (Doc. 12.) As the Court previously stated, Petitioner is not entitled to a Certificate of Appealability, rendering moot any request for in forma pauperis status on appeal. Moreover, the Court sees no reason to further supplement the record. Accordingly, Petitioner's motions for a Certificate of Appealability and in forma pauperis status (Doc. 8; Doc. 9) are **DISMISSED AS MOOT**. Petitioner's motion to Supplement is **DENIED**.

SO ORDERED this 20th day of October 2016.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA