# IN THE UNITED STATES DISTRICT COURT FOR
# THE SOUTHERN DISTRICT OF GEORGIA
# WAYCROSS DIVISION

FRANKLIN L. WILLIAMS, )
)
    Petitioner, )
)
v. ) CASE NOS. CV514-062
) CR506-014
UNITED STATES OF AMERICA, )
)
    Respondent. )
)

## O R D E R

Before the Court is the Petitioner's Motion to Supplement (Doc. 13), Motion to Appoint Counsel (Doc. 17), Motion for Reconsideration (Doc. 18), Motion to Supplement (Doc. 20), Motion for Hearing (Doc. 21), Motion for Evidentiary Hearing (Doc. 22), and Motion to Compel Judgment or in the Alternative for Appeal and Transmit of all Record (Doc. 24). As an initial matter, the Court sees no reason to reconsider its prior order. (Doc. 11.) In addition, Petitioner is not entitled to a Certificate of Appealability, rendering moot any request for in forma pauperis status on appeal. Accordingly, Petitioner's Motion to Appoint Counsel (Doc. 17) and Motion for Reconsideration (Doc. 18) are **DENIED**. After careful consideration of the record in this case, the Court can discern no further grounds for relief, accordingly Plaintiff's motions (Doc.

13; Doc. 20; Doc. 21; Doc. 22) are also **DENIED**. Plaintiff's Motion to Compel Judgment or in the Alternative for Appeal and Transmit of all Record (Doc. 24) is **CONSTRUED** as a notice of appeal. The Clerk of Court is directed to amend the docket accordingly.

SO ORDERED this 26th day of October 2016.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA