IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

FRANKLIN L. WILLIAMS, )
 )
    Petitioner, )
 )
v. ) CASE NO. CV513-132
 ) CR506-014
UNITED STATES OF AMERICA, )
 )
    Respondent. )
 )

## O R D E R

Before the Court is Petitioner's Motion for Reconsideration. (Doc. 22.) After careful consideration by the Court, the Court can find no reason to disturb its prior order. Accordingly, Petitioner's Motion is **DENIED**.

SO ORDERED this 10th day of February 2017.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA