IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

FRANKLIN L. WILLIAMS,              )
                                  )
        Petitioner,               )
                                  )
v.                                )       CASE NO. CV512-079
                                  )                CR506-014
UNITED STATES OF AMERICA,         )
                                  )
        Respondent.               )
                                  )

## O R D E R

Before the Court is Petitioner's Motion to Reinstate

Appeal (Doc. 20) and Motion to Reopen Case (Doc. 21). The

Court of Appeals for the Eleventh Circuit has previously

denied Petitioner's Motion for a Certificate of Appealability

and Motion for Leave to Appeal In Forma Pauperis. (Doc. 16;

Doc. 17). After careful consideration of the record in this

case, the Court sees no reason to reinstate the appeal or to

reopen the case. Accordingly, Petitioner's motions are **DENIED**.

SO ORDERED this _15th_ day of February 2017.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2017 FEB 15 PH 4: 18
CLERK
SO. DIST. OF GA.