IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION



FRANKLIN L. WILLIAMS,　　　　　)
　　　　　　　　　　　　　　　　)
　　　Petitioner,　　　　　　　 )
　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　) 　CASE NO. CV513-027
　　　　　　　　　　　　　　　　)　　　　　　　CR506-014
UNITED STATES OF AMERICA,　　　)
　　　　　　　　　　　　　　　　)
　　　Respondent.　　　　　　　 )
　　　　　　　　　　　　　　　　)

## O R D E R

Before the Court is Petitioner's Motion for Ruling on Attached Motion. (Doc. 20.) After careful consideration of the record in this case, Petitioner's motion is **DENIED**.

SO ORDERED this 27th day of February 2017.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA