IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

FRANKLIN L. WILLIAMS,  )
                       )
     Petitioner,        )
                       )
v.                     )     CASE NO. CV513-129
                       )              CR506-014
UNITED STATES OF AMERICA, )
                       )
     Respondent.        )
                       )

## O R D E R

Before the Court is Petitioner's Motion to Set Aside Dismissal and Remedy Default (Doc. 23) and Motion for this Court to Grant Summary Judgment (Doc. 24) which the Court construes as a motion for reconsideration. After careful consideration of the record in this case, the Court can see no reason to overturn its prior orders. Accordingly, Petitioner's motions are **DENIED**.

SO ORDERED this 7th day of March 2017.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA