IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| FRANKLIN L. WILLIAMS, | ) |
| --- | --- |
| Petitioner, | ) |
| v. | ) CASE NO. CV512-040 |
|  | ) CR506-014 |
| UNITED STATES OF AMERICA, | ) |
| Respondent. | ) |

## O R D E R

Before the Court are Petitioner's Motion to Reopen Case (Doc. 21) and Motion to Expedite (Doc. 29). After careful consideration of the record in this case, Petitioner's motions are **DENIED**.

SO ORDERED this 30th day of August 2017.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

U. S. DISTRICT COURT
Southern District of GA
Filed In Office

_____M
8/30/20__
Deputy Clerk