IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

FRANKLIN L. WILLIAMS,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

CASE NO. CV508-034
         CR506-014

## O R D E R

Before the Court are Petitioner's Motion to Dismiss for Lack of Prosecution (Doc. 176), Motion to Reopen Case as to Prejudice (Doc. 178), and Motion Relating Back Under Extraordinary Circumstances (Doc. 194). After careful consideration of the record in this case, Petitioner's motions are **DENIED**.

SO ORDERED this **30th** day of August 2017.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

U. S. DISTRICT COURT
Southern District of GA
Filed In Office
_____M
8/30 20 17
Deputy Clerk