U. S. DISTRICT COURT
Southern District of GA
Filed In Office

_____ M
8\31\20\_\_
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

FRANKLIN L. WILLIAMS, )
 )
    Petitioner, )
 )
v. ) CASE NO. CV514-062
 ) CR506-014
UNITED STATES OF AMERICA, )
 )
    Respondent. )
 )

## O R D E R

Before the Court are Petitioner's Motion for Status (Doc. 15), Motion for Retroactive Reduction (Doc. 16), Motion for Reduction (Doc. 19), Motion to Compel Judgment (Doc. 24) and Rule 60(b) Motion (Doc. 40).

Petitioner's Motion for Rule 60(b) is in fact an attack on "the federal court's previous resolution of a claim on the merits." Peters v. United States, \_\_\_ F. App'x \_\_\_, 2017 WL 443631, *1 (11th Cir. 2017). As a result Petitioner's motion is more accurately characterized as a successive § 2255 motion. Because the motion is successive, Petitioner "needed to obtain an order from this Court authorizing the district court to consider the motion." Id. at *2. Because Petitioner has not received such authorization, the Court lacks jurisdiction to consider the motion. Id. Accordingly, Petitioner's Motion for Rule 60(b) is **DISMISSED**. After careful

consideration of the record in this case, Petitioner's remaining motions are **DENIED**.

SO ORDERED this 31ST day of August 2017.

_/s/ William T. Moore, Jr._
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

2