# UNITED STATES DISTRICT COURT
## for the
## Southern District of Georgia
## Waycross Division

| | |
|---|---|
| United States of America<br>v.<br>Franklin Lamar Williams<br><br>Date of Original Judgment: June 20, 2007<br>Date of Previous Amended Judgment: October 20, 2008<br>*(Use Date of Last Amended Judgment, if any)* | )<br>)<br>) Case No: 5:06-CR-00014-1<br>) USM No: 12952-021<br>)<br>) Richard M. Darden<br>) Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of [X] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
[ ] **DENIED.** [X] **GRANTED** and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __235__ months **is reduced to** __time served__.

*(Complete Parts I and II of Page 2 when motion is granted)*

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2019 JAN 18 PM 2:23
CLERK
SO. DIST. OF GA.

Except as otherwise provided above, all provisions of the judgment dated __June 20, 2007,__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: __January 18, 2019__

_____
*Judge's signature*

William T. Moore, Jr.
Judge, U.S. District Court
Southern District of Georgia
*Printed name and title*

Effective Date: _____
*(if different from order date)*