IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| v. | ) CASE NO. CR506-014<br>) |
| FRANKLIN LAMAR WILLIAMS, | )<br>) |
| Defendant. | )<br>) |

## O R D E R

Before the Court is Defendant Franklin Lamar Williams' Motion for Early Termination of Supervised Release. (Doc. 1210.) In this motion, Defendant Williams seeks early termination from his ten-year term of supervised release. (Id.) The United States has responded in opposition to Defendant's motion. (Doc. 1211.) Pursuant to 18 U.S.C. § 3583(e)(1), this Court may terminate a sentence and discharge a defendant from supervised release at any point after the defendant has completed one year of supervised release. After careful consideration, Defendant's motion is **DENIED**.

SO ORDERED this 18th day of November 2019.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA