IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

UNITED STATES OF AMERICA, )
)
v. ) CASE NO. CR506-014
)
FRANKLIN LAMAR WILLIAMS, )
)
Defendant. )

## O R D E R

Before the Court is Defendant Franklin Lamar Williams' Motion for Reconsideration. (Doc. 1213.) In his motion, Defendant Williams requests that the Court reconsider its denial of Defendant Williams' Motion for Early Termination of Supervised Release (Doc. 1212). (Doc. 1213.) After careful consideration of the record in this case, the Court sees no reason to overturn its prior ruling. Accordingly, Defendant Williams' motion (Doc. 1213) is **DENIED**.

SO ORDERED this 19th day of December 2019.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA