IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

```
UNITED STATES OF AMERICA,    )
                             )
v.                           )     CASE NO. CR506-014
                             )
FRANKLIN LAMAR WILLIAMS,     )
                             )
     Defendant.              )
                             )
```

## O R D E R

Before the Court is Defendant Franklin Lamar Williams' Motions for Early Termination of Supervised Release. (Doc. 1215; Doc. 1216.) In his motions, Defendant Williams seeks early termination from his ten-year term of supervised release which started in January 2019. (Id.) The Government has responded in opposition to Defendant's motions. (Doc. 1218.) Pursuant to 18 U.S.C. § 3583(e)(1), this Court may terminate a sentence and discharge a defendant from supervised release at any point after the defendant has completed one year of supervised release. After careful consideration, the Court finds that Defendant has not shown early termination is warranted by the interest of justice. Accordingly, Defendant's motions (Doc. 1215; Doc. 1216) are

**DENIED.** Additionally, Defendant's Motion for Status of Supervised Release (Doc. 1217) is **DISMISSED AS MOOT.**

SO ORDERED this 5th day of May 2020.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA