IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.  ) | CASE NO. CR506-014 |
| ) | |
| FRANKLIN LAMAR WILLIAMS, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before the Court is Defendant Franklin Lamar Williams's Motion for Termination of Supervised Release (Doc. 1222), which the Government has opposed (Doc. 1223). In his motion, Defendant requests the termination of his ten-year term of supervised release based on his good conduct. (Doc. 1222 at 4.) After careful review of the record in this case, the Court concludes that terminating Defendant's supervision after only 22 months of a 120-month term is unwarranted. Accordingly, Defendant's motion (Doc. 1222) is **DENIED**.

SO ORDERED this 23rd day of November 2020.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA